NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTORIA A. ROAQUIN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7049

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2917, Judge John J. Farley, III.

---

## ON MOTION

---

## O R D E R

The court construes Victoria A. Roaquin's May 18, 2012 submission as a motion to reinstate her appeal.

This appeal was dismissed on March 7, 2012 for failure to file a brief. Roaquin has filed her informal brief with her current submission.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The court's March 7, 2012 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The Secretary's brief is due no later than 40 days from the date of this order.

FOR THE COURT

JUL 0 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Victoria A. Roaquin
     Cameron Cohick, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2012

JAN HORBALY
CLERK